ALEXANDER HEDEMAN v. FAIRBANKS MORSE & Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

DAVID PARIS v. THE NEW YORK TIMES COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

DOROTHY McALPIN BELL v. ALFRED D. BELL, Individually, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DOROTHY McALPIN BELL v. ALFRED D. BELL, Individually, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY EDZANT v. EDWARD J. PARKINSON, as Receiver of the Rents, Issues and Profits Arising out of the Premises 342 Madison Avenue, Borough of Manhattan, City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SADIE APPEL v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 877.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRVING WOLFF for an Order against WILLIAM HODSON, Commissioner of Public Welfare of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 995.] Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FAUSTA M. CASTRO v. GUARDIAN INVESTORS CORPORATION and Others.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WALTER T. STERN for an Order for the Inspection of the Stock Book of the Preferred Stockholders of UNITED STATES PLYWOOD CORPORATION, Pursuant to Article 78 of the C. P. A.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOS. RIEDEL GLASS WORKS, INC., v. FRANCIS W. KURTZ & Co., INC. (Matter of WILLIAM OWEN VAN KEEGAN).—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LANCELOT M. BERKELEY, Individually and as Executor, etc., of FLORA H. MACIVOR, Deceased, Petitioner, against D. ROBERT KAPLAN, Hon. ERNEST E. L. HAMMER, PRIMARY REALTY CORPORATION, BENJAMIN GOLDBERG, COMMUNITY INVESTORS, INC., and MUNICIPAL MUTUAL CORPORATION, Respondents.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [Motion by petitioner for an order of prohibition, restraining the respondents from proceeding further in a reference pending in the Supreme Court, New York county, in an action entitled " Dorothy H. Epstein against L. M. Berkeley and Others," and to set aside the proceedings already had in said reference. See post, p. 910.]